## Sternberg Dredging Company, Claimant-Appellant, v. Estate of William F. Sternberg, Defendant-Appellee.

### Gen. No. 9,905.

Henry I. Green, Lawrence R. Hatch, and Oris Barth, for appellant; Thomas S. McPheeters, Jr., of counsel; M. H. Scott, for appellee. Opinion by JUSTICE WHEAT. **Not to be published in full.** Opinion filed October 26, 1953; rehearing denied December 2, 1953; released for publication December 2, 1953.